George J. Williams, appellee, v. J. Lewis Stettauer, appellant. Gen. No. 34,093.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed January 28, 1931. Rehearing denied February 9, 1931.

617

Schuyler, Weinfeld & Parker, for appellant; Howard D. Moses and Carl J. Appell, of counsel. Warren Pease, Hubert D. Crocker and Holland F. Fla Havhan, for appellee.
Mr. Justice Hebel delivered the opinion of the court.